## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | : CIVIL ACTION NO. 1:05-CV-2692 :<br>: **(Judge Conner)** |
| **Plaintiff** | : |
| v. | : |
| **BARBARA AYALA,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 30th day of April, 2008, upon consideration of the motion to reassess damages (Doc. 19), filed by plaintiff on the date of this order, and it appearing that the order of court dated August 11, 2006 (Doc. 14) granted interest at the rate of $29.17 per day from March 10, 2006 to the date of any sale of the property and instructed plaintiff to execute the sale of the property within 180 days of the date thereof, and it further appearing that the instant motion seeks interest through July 24, 2008 at the rate of $31.33 per day (see Doc. 21 ¶ 4) without explaining the increase in the daily rate, and that the motion does not address why plaintiff has failed to comply with the court's instruction to execute sale of the property within 180 days of its August 11, 2006 order, it is hereby ORDERED that:

1. Plaintiff shall file, on or before May 13, 2008, supplemental documentation in support of its motion that:

      a.      Explains the increase in the rate of interest requested by plaintiff. Plaintiff shall attach all legal documents that plaintiff claims entitle it to interest at a rate of $31.33 per day. If the face of such documents does not specify interest at a per diem rate, plaintiff shall also attach detailed mathematical calculations that demonstrate the methods used in calculating a per diem rate based upon the interest provisions in the documents.

      b.      Shows good cause for plaintiff's failure to comply with the order of court dated August 11, 2006 (Doc. 14), which instructed plaintiff to execute sale of the real property within 180 days.

2. The filing required by the preceding paragraph shall be deemed a supplement to plaintiff's brief in support of its motion (Doc. 19). Failure to comply with this order may result in the motion being deemed withdrawn. See L.R. 7.5.

3. The time period prescribed by Local Rule 7.6 during which defendant shall file a brief in opposition to the motion shall commence upon the filing of the supplement to plaintiff's brief in support required by the preceding paragraphs.

                              S/ Christopher C. Conner
                              CHRISTOPHER C. CONNER
                              United States District Judge